FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB -4  A 10: 38

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIE C. HILL | § | CIVIL ACTION |
| | § | |
| VS. | § | CASE NO. **00-0361** |
| | § | |
| CONTINENTAL CASUALTY | § | |
| INSURANCE COMPANY, SAVAGE | § | SECTION **SECT. L MAG. 3** |
| INDUSTRIES, BRIAN SPEARS and THE | § | |
| KANSAS CITY SOUTHERN RAILWAY | § | |
| COMPANY | § | |

## MOTION TO APPEAR PRO HAC VICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Willie C. Hill, who moves this Honorable Court for Admission Pro Hac Vice of Bristol Baxley to appear in the above-styled case in the same manner as attorneys of this State.

I.

Bristol Baxley is admitted to practice in the Courts of the State of Texas, as well as Federal Courts for the Southern District of Texas, Eastern District of Texas and the Southern District of Alabama.

II.

Mr. Baxley is associated with the Youngdahl & Sadin firm, which maintains its offices at 211 E. Parkwood, Friendswood, Texas 77546.

III.

As is reflected on the attached certificate, Mr. Baxley is in good standing with the State Bar of Texas and has been a licensed attorney since his admission in 1993.

IV.

Mr. Baxley has not had any disciplinary proceedings or criminal charges instituted against him.

DATE OF ENTRY FEB 1 0 2000



V.

There is cause for Mr. Baxley's admission pro hac vice in this matter to represent the interests of Willie C. Hill, as he is personally involved with the matters which from the subject of this litigation. To fully and adequately represent the plaintiff's interests, Mr. Baxley should be admitted pro hac vice to represent plaintiff, Willie C. Hill in this matter.

VI.

Mr. Baxley certifies that he is not a resident of this State and that he has knowledge of the local rules of this Court and agrees to abide by said rules as well as the Louisiana Rules of Civil Procedure, in all proceedings in this case.

Respectfully submitted,

*James Dugan* (signature)
James R. Dugan, II, Bar Roll #24765
GAUTHIER, DOWNING, LABARRE,
BEISER & DEAN
3500 North Hullen
Metairie, Louisiana 70002
Tel: (504) 456-8600

Bristol Baxley
YOUNGDAHL & SADIN, P.C.
211 E. Parkwood, Suite 207
Friendswood, Texas 77546
TEL: (281) 992-1550
FAX: (281) 992-2617

## AFFIDAVIT OF BRISTOL BAXLEY

STATE OF TEXAS §
§
COUNTY OF GALVESTON §

BEFORE ME, the undersigned authority, personally appeared BRISTOL BAXLEY, who, upon his oath stated the following:

"My name is Bristol Baxley. I am over the age of eighteen (18) years, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

"I have not had any disciplinary proceedings or criminal charges instituted against me.

"I have read this affidavit and I affirm that all the above-referenced facts are true and correct."

_____
BRISTOL BAXLEY

SUBSCRIBED AND SWORN TO BEFORE ME by Bristol Baxley on this the 3rd day of February, 2000.



_____
NOTARY PUBLIC

# STATE BAR OF TEXAS



Office of the General Counsel

January 15, 1999

To Whom It May Concern:

This is to certify that, **Bristol Alan Baxley,** State Bar of Texas No. **00787049,** was licensed to practice law in Texas on **11/05/93** and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against his or her law license.

Steven W. Young
General Counsel

SWY/ts



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512-463-1463 or 1-800-204-2222

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIE C. HILL | § | CIVIL ACTION |
| | § | |
| VS. | § | |
| | § | CASE NO. |
| CONTINENTAL CASUALTY | § | |
| INSURANCE COMPANY, SAVAGE | § | |
| INDUSTRIES, BRIAN SPEARS and THE | § | SECTION " " |
| KANSAS CITY SOUTHERN RAILWAY | § | |
| COMPANY | § | |

## ORDER

Considering the above foregoing Motion,

IT IS ORDERED that Bristol Baxley be permitted to Appear and participate as co-counsel in the above-styled case.

New Orleans, Louisiana this 7th day of Feb _____, 2000.

_____
UNITED STATES DISTRICT COURT JUDGE