FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAR -2 P 1: 15

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIE C. HILL | * | CIVIL ACTION NO. 00-0361 |
| VERSUS | * | SECTION "L" JUDGE FALLON |
| CONTINENTAL CASUALTY INSURANCE COMPANY, SAVAGE INDUSTRIES, BRIAN SPEARS AND THE KANSAS CITY SOUTHERN RAILWAY COMPANY | * * * | MAGISTRATE DIV. (3) |

## MOTION FOR EXTENSION OF TIME

NOW INTO COURT, through undersigned counsel, comes defendant, Savage Industries, Inc., who moves this Court for an extension of time within which to respond to plaintiff's Complaint, and in support, respectfully represents that it was served with the Complaint on February 17, 2000, that the delays for responding will expire on March 7, 2000, that undersigned counsel has contacted counsel for plaintiff, that no objection to an extension of time has been filed, that this is the **first** extension of time requested, and that it needs an additional twenty (20) days or until March 27, 2000, to investigate and file appropriate responsive pleadings.

DATE OF ENTRY MAR 09 2000

Respectfully submitted;

PLAUCHÉ MASELLI LANDRY
& PARKERSON L.L.P.

BY: _____
G. BRUCE PARKERSON (#1118)
MARK E. YOUNG (#20432)
201 St. Charles Avenue, Suite 4240
New Orleans, Louisiana 70170-4240
Telephone: (504) 582-1142
Telefax: (504) 582-1172

COUNSEL FOR SAVAGE INDUSTRIES, INC.

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this 28 day of Feb, 2000, served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same by United States Mail, properly addressed and first class postage prepaid.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIE C. HILL | * | CIVIL ACTION NO. 00-0361 |
| VERSUS | * | SECTION "L" JUDGE FALLON |
| CONTINENTAL CASUALTY | * | MAGISTRATE DIV. (3) |
| INSURANCE COMPANY, SAVAGE | | |
| INDUSTRIES, BRIAN SPEARS AND THE | * | |
| KANSAS CITY SOUTHERN RAILWAY | | |
| COMPANY | * | |

### O R D E R

Considering the first motion for extension of time of Savage Industries, Inc.,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Motion for Extension of Time be and it is hereby GRANTED, allowing Savage Industries, Inc. an additional twenty (20) days, or until March 27, 2000, within which to respond to plaintiff's Complaint.

Signed this 3 day of March, 2000 in New Orleans, Louisiana.

UNITED STATES DISTRICT JUDGE