MINUTE ENTRY
FALLON, J.
June 26, 2000

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIE C. HILL | * | CIVIL ACTION |
| VERSUS | * | NO. 00-361 |
| CONTINENTAL CASUALTY INS. CO., ET AL. | * | SECTION "L" (3) |

A status conference was held this date at 1:30 p.m. in the chambers of Judge Eldon E. Fallon. In attendance were Bristol A. Baxley for the plaintiff, Mark Young for the defendants Continental Casualty Ins. Co., Savage Industries, and Brian Spears, and Patrick A. Talley, Jr. for the defendant Kansas City Southern Railway Co. Counsel are confident that the case will be ready for trial on the date which was selected by counsel at the preliminary conference, and the Court indicated that the trial date will be enforced.

IT IS ORDERED that counsel for defendant Kansas City Southern Railway Co. provide all prepared discovery responses by Tuesday, June 27, 2000, and all remaining discovery responses by July 14, 2000.

IT IS FURTHER ORDERED that a status conference is scheduled in chambers on Tuesday, August 29, 2000 at 1:30 p.m.

DATE OF ENTRY
JUN 2 7 2000