MINUTE ENTRY
FALLON, J.
August 29, 2000

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

AUG 3 0 2000

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| WILLIE C. HILL | * | CIVIL ACTION |
|---|---|---|
| VERSUS | * | NO. 00-361 |
| CONTINENTAL CASUALTY INS. CO., ET AL. | * | SECTION "L" (3) |

A status conference was held this date at 1:30 p.m. in the chambers of Judge Eldon E. Fallon. In attendance were Bristol A. Baxley for the plaintiff, Mark Young for the defendants Continental Casualty Ins. Co., Savage Industries, and Brian Spears, and Patrick A. Talley, Jr. for the defendant Kansas City Southern Railway Co. Counsel are confident that the case will be ready for trial on the date which was selected by counsel at the preliminary conference, and the Court indicated that the trial date will be enforced.

IT IS ORDERED that counsel for the plaintiff contact the United States Magistrate Judge assigned to this matter to schedule mutually acceptable dates for a settlement conference to be held no later than 30 days prior to the pretrial conference.

cc:   United States Magistrate Judge Lance Africk

DATE OF ENTRY
AUG 3 1 2000