

MINUTE ENTRY
AFRICK, M.J.
September 6, 2000

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIE C. HILL | CIVIL ACTION NO. 00-0361 |
| versus | SECTION: "L" (3) |
| CONTINENTAL CASUALTY INSURANCE CO., ET AL | |

A settlement conference is scheduled in the above-captioned case on November 16, 2000, at 2:00 P.M., in the undersigned U.S. Magistrate Judge's chambers, located at 501 Magazine Street, Room 335, New Orleans, Louisiana.

**On or before November 9, 2000**, each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced**, outlining their settlement position. The letter/memorandum may be faxed directly to my chambers at 504-589-7608. All counsel are to have access to someone with full authority.

LANCE M. AFRICK
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY ALL COUNSEL

DATE OF ENTRY
SEP 0 7 2000