```
                                        U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LA

                                        2000 NOV 17  AM 11: 22

                                        LORETTA G. WHYTE
                                             CLERK
```

**MINUTE ENTRY**
**AFRICK, M.J.**
**November 16, 2000**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WILLIE C. HILL                                      CIVIL ACTION NO. 00-0361

versus                                              SECTION: "L" (3)

CONTINENTAL CASUALTY INSURANCE CO., ET AL

A settlement conference was held on this date with all counsel participating. An additional settlement conference is now scheduled for November 22, 2000, at 7:30 A.M.

_____
LANCE M. AFRICK
UNITED STATES MAGISTRATE JUDGE

_____
**CLERK TO NOTIFY ALL COUNSEL**

DATE OF ENTRY
NOV 1 7 2000

Fee _____
Process _____
X Dktd _____
_ CtRmDep _____
Doc.No. _____