```
                              FILED
                        U.S. DISTRICT COURT
                      EASTERN DISTRICT OF LA

                        2000 NOV 27 PM 4:00
                         LORETTA G. WHYTE
                              CLERK
```

**MINUTE ENTRY**
**AFRICK, M.J.**
**November 22, 2000**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WILLIE C. HILL                                    CIVIL ACTION NO. 00-0361

versus                                            SECTION: "L" (3)

CONTINENTAL CASUALTY INSURANCE CO., ET AL


A settlement conference was held on this date. Following discussions amongst the parties the above-captioned case has settled. The U.S. District Judge's chambers have been notified. Counsel are thanked for their assistance.

DATE OF ENTRY
NOV 28 2000

_____
LANCE M. AFRICK
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY ALL COUNSEL**